LOAN-SERVICE CORPORATION, Respondent, v. BRIDGEPORT LUMBER CO., INC., Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

EUGENE SINAGUGLIA, an Infant by His Guardian ad Litem, PHILIP SINAGUGLIA, Respondent, v. ANTHONY CASTRONOVA, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

PHILIP SINAGUGLIA, Respondent, v. ANTHONY CASTRONOVA, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

ERNEST MILLER et al., Respondents, v. C. M. BAY, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

RAYMOND W. VREELAND, Individually and as Guardian ad Litem of THOMAS VREELAND, an Infant, Appellant, v. JAMES A. COE, Respondent.—

Memorandum: In our opinion, the verdict of the jury was against the weight of evidence. (Appeal from judgment of Onondaga Trial Term for defendant for no cause of action, in an automobile negligence action. The order denied a motion for a new trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of the POWER AUTHORITY OF THE STATE OF NEW YORK, Respondent, v. H. B. VIDAL, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

MURRAY G. AMEY et al., Respondents, v. ALTADALE CORPORATION, Appellant.—

Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.